In the Matter of Acquiring Title by the CITY OF NEW YORK, Respondent, to Certain Lands Situated on the Westerly Side of Hamilton Place in the Borough of Manhattan.

MARY J. CUNNINGHAM, Appellant.

*Matter of City of New York (Hamilton Place),* 143 App. Div. 802 affirmed.
(Argued May 30, 1911; decided June 13, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 31, 1911, which affirmed so much of an order of Special Term as confirmed in part an award of commissioners of appraisal in condemnation proceedings, and dismissed the appeal from so much of said order as refused to confirm part of said award.

*Maurice Deiches* and *Monroe Goldwater* for appellant

*Archibald R. Watson, Corporation Counsel (Theodore Connoly* and *Francis J. Byrne* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, CHASE and COLLIN, JJ.